# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRIAN G. HAGG, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:21-cv-00040-SPM |
| | ) |
| TARA TUBBESING, | ) |
| | ) |
| Respondent. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter comes before the Court on a document filed by petitioner Brian G. Hagg that has been construed as a motion for leave to proceed in forma pauperis on appeal. (Docket No. 16). Upon review of the motion, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. Therefore, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis on appeal (Docket No. 16) is **GRANTED**.

Dated this 25th day of March, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE